# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN KELLY McCABE<br>Appellant | Civil Action<br>No: <u>10-10764-WGY</u> |
| v. |  |
| JOSEPH BRAUNSTEIN<br>Appellee |  |

# ORDER AND JUDGMENT

YOUNG, D.J.

      This Court AFFIRMS the bankruptcy court's determination that the unjust enrichment claim is a core matter and REVERSES the determination that the equitable subrogation claim is a core matter.
    Considering the equitable subrogation claim as a court of original jurisdiction, the Court DENIES Karren McCabe's motion for summary judgment and ALLOWS the Trustee's motion for summary judgment, awarding the Trustee the $142,355.50.
    Performing its role as an intermediate appellate court, the Court AFFIRMS the bankruptcy court's ruling on the unjust enrichment claim.  The Trustee is entitled to recover $142,355.50 from Karren McCabe, as an alternative theory to equitable subrogation
.

                                  By the Court,

                                  /s/ Elizabeth Smith
                                  Deputy Clerk

October 28, 2010